VIRNA L. SANTOS, ESQ. SBN 150017
Santos Law Group
1225 E. Divisadero Street Fresno, CA 93721
Telephone:  (559) 500-3900
vsantos@santoslg.com

Attorney for GARY BRIGGS

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                         Plaintiff,<br><br>         v.<br><br>GARY BRIGGS,<br><br>                         Defendant. | CASE NO.  CASE: 1:20-CR-00041-JLT-SKO<br><br>MOTION TO WITHDRAW AS COUNSEL OF RECORD AND APPOINT CJA COUNSEL |

     Virna L. Santos, appointed counsel of record in the above-captioned case, hereby moves for an order allowing her to withdraw as counsel of record and for appointment of new counsel to represent defendant GARY BRIGGS.  As grounds she states:

    1.    Virna L. Santos was appointed to represent defendant on February 7, 2022.

    2.    At the time of appointment the undersigned was a member of the Criminal Justice Act Panel for the Eastern District of California.

    3.    Attorney Santos has accepted a judicial appointment to the Fresno County Superior Court, and consequently, must close her private practice.

    4.    As defendant is still in need of counsel to represent him, the Federal Public Defender's office has contacted Mark A. Broughton, who is available and willing to accept the appointment.

    5.    Accordingly, the undersigned requests that she be permitted to withdraw from the case and that new counsel, Mark A. Broughton, be appointed.

Dated:  March 31, 2022         /s/ VIRNA L. SANTOS
                               Virna L. Santos
                               Counsel for GARY BRIGGS

## ORDER

IT IS SO ORDERED that Virna L. Santos may withdraw from her representation of GARY BRIGGS, and that CJA panel counsel Mark A. Broughton shall be appointed.

Dated: March 31, 2022          */s/ Sheila K. Oberto*
                               HON. SHEILA K. OBERTO
                               United States Magistrate Judge