Mark A. Broughton, #079822
**MARK A. BROUGHTON, PC**
2300 Tulare Street, Suite 215
Fresno, California 93721
Tel: (559) 691-6222
Mark@FresnoCriminalLawyer.com

Attorney for Defendant GARY BRIGGS

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>GARY BRIGGS,<br><br>    Defendant. | Case No.: 1:20-CR-00041-JLT-SKO<br><br>**JOINT STIPULATION TO CONTINUE SENTENCING; AND ORDER** |

　　　IT IS HEREBY STIPULATED by and between Mark A. Broughton, the attorney for Defendant Gary Briggs, and David Gappa, Assistant United States Attorney for the government, that the Sentencing Hearing currently scheduled for October 23, 2023, at 10:00 a.m., be continued to November 27, 2023, at 10:00 a.m., in Judge Jennifer L. Thurston's courtroom.

　　　The continuance is requested by counsel for the Defendant due to the fact that counsel requires additional time to review and discuss the PSR with Defendant and to file Defendant's informal objections. Defense Counsel is currently in a trial and will start another trial once the

current trial is completed.  This will prevent Defense Counsel from meeting the current schedule for objecting to the PSR.

Counsel for Defendant has spoken to the Assistant U.S. Attorney, David Gappa, who has no objections to this continuance.

IT IS SO STIPULATED.

DATED:  September 29, 2023                         /s/ David Gappa
                                                                     DAVID GAPPA
                                                                     Assistant United States Attorney

DATED:  September 29, 2023                         /s/Mark A. Broughton
                                                                     MARK A. BROUGHTON
                                                                     Attorney for GARY BRIGGS

*****

ORDER

IT IS SO ORDERED.

Dated:   **October 3, 2023**

_____
UNITED STATES DISTRICT JUDGE