Mark A. Broughton, #079822
**MARK A. BROUGHTON, PC**
2300 Tulare Street, Suite 215
Fresno, California 93721
Tel: (559) 691-6222
Fax: (559) 691-6221
Mark@FresnoCriminalLawyer.com

Attorney for Defendant GARY LEE BRIGGS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>GARY LEE BRIGGS,<br><br>　　　　　Defendant. | No. 1:20-CR-00041-JLT-SKO<br><br>**MOTION TO TERMINATE CJA APPOINTMENT OF MARK A. BROUGHTON AS ATTORNEY OF RECORD AND [PROPOSED ORDER]** |

On February 20, 2020, Defendant Gary Lee Briggs was indicted on federal charges. CJA Panel Attorney Mark A. Broughton was appointed as trial counsel to represent Mr. Briggs on March 31, 2022, in his criminal case. Mr. Briggs was sentenced on November 27, 2023, pursuant to a plea agreement. No direct appeal was filed. Mr. Briggs was in custody during the time he was sentenced. The trail phase of Mr. Briggs' has, therefore, come to an end. Having completed his representation of Mr. Briggs, CJA attorney Mark Broughton now moves to terminate his/her appointment under the Criminal Justice Act.

Should Mr. Briggs require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

Dated: April 1, 2024

Respectfully submitted,

/s/Mark A. Broughton
MARK A. BROUGHTON, Attorney for Defendant, GARY LEE BRIGGS

## [PROPOSED] ORDER

Having reviewed the notice and found that attorney Mark A. Broughton has completed the services for which he was appointed, the Court hereby grants attorney Broughton's request for leave to withdraw as defense counsel in this matter. Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant Gary Lee Briggs, Register Number 79013-097, at the following address and to update the docket to reflect Defendant's pro se status and contact information.

Victorville Medium
13777 Air Expressway Blvd.
Victorville, California 92394

**IT IS SO ORDERED**

Dated: April 11, 2024

UNITED STATES DISTRICT JUDGE